GREGG P. TABAKIN, ESQUIRE                                         FILE NO. R616-1
**FEIN, SUCH, KAHN & SHEPARD, P.C.**
7 Century Drive, Suite 201
Parsippany, New Jersey 07054
Phone: (973) 538-4700
Fax:    (973) 397-2976
*Attorney for Defendant,*
*R&R Collection Service, Inc.*

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOSEPH MONTOYA**<br>                    Plaintiff, | CASE NO.: 2:15-CV-01207-SDW-SCM |
| vs. | |
| **R&R COLLECTION SERVICE, INC.**<br>                    Defendant. | **ORDER DISMISSING THE COMPLAINT** |

This matter having been opened to the Court by Fein, Such, Kahn & Shepard, P.C., on a Motion to Dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and it appearing from a review of the moving papers and opposition of any that the Complaint should be dismissed pursuant to FRCP 12(b)(2) and/or FRCP 12(b)(6) and for other good cause shown

It Is on this 15th day of May, 2015

**ORDER, ADJUDGED AND DECREED** that R&R Collection Service, Inc.'s Motion to Dismiss the Complaint be and the same is hereby granted;* and it is further

**ORDERED**, that the Complaint be and the same is hereby dismissed without prejudice as to R&R Collection Service, Inc.;* and it is further

**ORDERED**, that a copy of the within Order shall be served upon Plaintiff within 5 days from the date hereof.

_____
U.S.D.J.

* Plaintiff concedes that this court does not have jurisdiction over Defendant. This Court declines to address the merits of the application